UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 26-1252

Natural Resources Defense Council, Inc. v. New Jersey Department of Environmental Protection

## No. 26-1253

NY/NJ Baykeeper v. New Jersey Department of Environmental Protection

## ORDER

The above-captioned petitions and a motion to expedite were transferred from the Second Circuit.  Petitioners may supplement their motion within 3 days of the date of this Order.  Respondents may supplement their response 3 days thereafter.

It is noted that this Court disfavors deferred appendices. *See* 3d Cir. L.A.R. 30.4. Any motion for permission to file a deferred appendix must be included in the supplemental filings.

The petitioners may file their brief by their proposed deadline if the motion has not been decided by then.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: February 9, 2026
JK/cc: All Counsel of Record