Nos. 26-1252, 26-1253

———————————————————————

**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

———————————————————————

NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.,
*Petitioners,*

v.

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL
PROTECTION; ED POTOSNAK, ACTING COMMISSIONER, NEW
JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION,
*Respondents,*

and

TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC
*Respondent-Intervenor.*

———————————————————————

**PETITIONER'S STATEMENT IN SUPPORT OF
ORAL ARGUMENT**

———————————————————————

Petitioner Natural Resources Defense Council, Inc. (NRDC) respectfully submits this Statement in Support of Oral Argument pursuant to L.A.R. 34.1(b), and asks this Court to hold oral argument in consolidated Case Nos. 26-1252 and 26-1253. Petitioner seeks 15 minutes for oral argument on behalf of NRDC in Case No. 26-1252. In particular, Petitioner requests that the Court hold argument ahead of its summer recess because public statements from Intervenor-

1

Respondent Transcontinental Gas Pipe Line Company show that it intends to begin construction on the Northeast Supply Enhancement Project in "Q3 2026." *See* Northeast Supply Enhancement: Project Overview & Resources, Williams, Inc., https://www.williams.com/expansion-project/northeast-supply-enhancement/?tab=timelinetab-1 (last accessed May 4, 2026). Because impacts associated with construction of the project are irreversible, argument before the summer recess increases the likelihood that the cases can be resolved without any briefing on preliminary relief. Additionally, oral argument ahead of the summer recess is consistent with the Natural Gas Act's mandate that this Court resolve the case on an expedited basis, *see* 15 U.S.C. § 717r(d)(5), and with this Court's Order granting Petitioner's unopposed motion to expedite the appeal. *See* Order, No. 26-1252 (Feb. 19, 2026) [Dkt. No. 24].

DATED: May 5, 2026

Respectfully submitted,

*/s/ Jackson P. Garrity*
Jackson P. Garrity
Illinois Bar No. 6344829
NATURAL RESOURCES DEFENSE
COUNCIL
20 North Wacker Drive,

Suite 1600
Chicago, IL 60606
312-995-5909
jgarrity@nrdc.org

Jared E. Knicley
DC Bar No. 1027257
NATURAL RESOURCES DEFENSE
COUNCIL
1152 15th Street NW,
Suite 300
Washington, DC 20005
202-513-6242
jknicley@nrdc.org

*Counsel for Petitioner Natural
Resources Defense Council*

3

# CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because this document contains 190 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in proportionally spaced typeface using Microsoft Word for Windows Office 365 in 14-point Century Schoolbook.

*/s/ Jackson P. Garrity*
Jackson P. Garrity

## CERTIFICATE OF SERVICE

I certify that on May 5, 2026, I filed the foregoing motion using the Court's CM/ECF system. All participants in this case are registered to receive service with that system and will receive a copy of this motion upon its filing.

*/s/ Jackson P. Garrity*
Jackson P. Garrity